**UNITED STATES ex rel. Maxim CIZURA, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellee.**

No. 270.

Circuit Court of Appeals, Second Circuit.

Feb. 17, 1931.

Herman Berkowitz, of New York City, for appellant.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order [41 F.(2d) 861] affirmed in open court.

**UNITED STATES ex rel. David GUTERMAN, Relator-Appellant, v. Jesse D. MOORE, U. S. Marshal, etc., et al., Respondents-Appellees.**

No. 248.

Circuit Court of Appeals, Second Circuit.

Jan. 6, 1931.

David P. Siegel, of New York City (Leo H. Klugherz, of New York City, of counsel), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y., and Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

**UNITED STATES ex rel. Abraham MICHAELS, Relator-Appellant, v. William C. HECHT, as U. S. Marshal, etc., Respondent-Appellee.**

No. 221.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Charles G. F. Wahle, of New York City, for appellant.

Robert E. Manley, of New York City (Joseph F. Sharp, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.